# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRIUS WAYNE PATTERSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 76087

**FILED**

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a request to have consecutive sentences aggregated. Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:  Hon. Barry L. Breslow, District Judge
Demetrius Wayne Patterson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

18-25757